## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 607 MAL 2014
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. : 
: 
: 
: 
BRUCE L. WISHNEFSKY, : 
: 
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.